IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA AND KERRY C. MARTIN, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE<br><br>v.<br><br>ANTHONY J. SAMANGO, JR. | CIVIL ACTION<br><br>NO. 15-6260 |
|---|---|

## ORDER

**AND NOW**, this 12th day of April, 2016, upon review of Plaintiffs' Complaint to Enforce Internal Revenue Summons (ECF 1), Defendant's Motion to Quash (ECF 6), and all related responses and submissions, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Plaintiffs' Complaint to Enforce is **GRANTED.** Defendant shall obey the Summons served on April 7, 2015 by giving testimony and by producing the records and information as required by said Summons. Defendant shall comply by no later than May 20, 2016 barring further order of the Court;

2. Defendant's Motion to Quash is **DENIED.**

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-6260 United States v. Samango\Samango Order.docx